```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8·26-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- X
DREW CONNER,                       :
                                   :
                    Plaintiff,     :     08 Civ. 6941 (VM)
                                   :
        - against -                :     **ORDER FOR REASSIGNMENT**
                                   :     **TO WHITE PLAINS**
FORD MOTOR COMPANY and ROUSH       :
PERFORMANCE PRODUCTS, INC.,        :
                                   :
                    Defendants.    :
----------------------------------X

**VICTOR MARRERO, United States District Judge.**

   In reviewing the complaint filed in this matter the Court

notes that plaintiff Drew Conner ("Conner") is resident of Rockland

County, New York; that defendant Ford Motor Company ("Ford") is a

Delaware corporation doing business in New York; and that defendant

Roush Performance Products, Inc. ("Roush") is a Michigan

corporation doing business in New York. The complaint indicates

that the events giving rise to the claims asserted in the

underlying action occurred in connection with Conner's purchase

from a Ford dealer in Mt. Vernon, New York, of a vehicle produced

and marketed by Ford and Roush. It therefore appears that in whole

or in major part this action arose in Rockland and Westchester

Counties and that all or substantial parts of the material events,

documents, persons and potential witnesses related to this action

are located in Rockland and Westchester Counties. Accordingly,

pursuant to Rule 22 of the Rules for the Division of Business Among

District Judges, in the interest of justice and sound judicial

administration, it is hereby

     **ORDERED** that the Clerk of Court is directed to reassign this case to White Plains.


**SO ORDERED.**

Dated:    NEW YORK, NEW YORK
            26 August 2008

                                       VICTOR MARRERO
                                       U.S.D.J.

2